IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| SCOTT McKINLEY PARKER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAROLYN COLVIN, )<br>Acting Commissioner )<br>of Social Security )<br>)<br>Defendant. ) | Civil Action No. No. 0:13-cv-00153-DCN |

ORDER

This matter comes before the Court on Plaintiff's motion for an award of attorney's fees under the Equal Access to Justice Act ("EAJA), 28 U.S.C. § 2412 (Dkt. No. 20). Plaintiff moved for an award of $6,663.05 and $350.00 in costs. *Id.* Plaintiff and Defendant have agreed to an award of $6,533.92 in attorney's fees plus costs of $350.00.

The Court has reviewed the motion and memorandum of Plaintiff, as well as the supporting underlying documentation, and finds that the total fee request, hours expended and hourly rates are reasonable and authorized under applicable law. *Gisbrecht v. Barnhart,* 535 U.S. 789 (2002). Therefore, the Court hereby grants an EAJA award to Plaintiff in the amount of $6,533.92 for attorney fees and $350.00 in costs, as set forth above. This award is subject to the Treasury Offset Program, 31 U.S.C. § 3716(c)(1)(B). In the event Plaintiff has no present debt subject to offset and Plaintiff has executed a proper assignment to her counsel, Defendant is directed to make the payment due herein to Plaintiff's counsel. If Plaintiff has no present debt subject to offset and no proper assignment has been made by Plaintiff to her counsel, Defendant

1

is directed to make the check due pursuant to this Order payable to Plaintiff and to deliver the check to Plaintiff's counsel.

    AND IT IS SO ORDERED.

                                                        Hon. David C. Norton
                                                        United States District Judge

December 10, 2014